# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2023-1650
LT Case No. 2017-CF-1446

_____

CHARLES MICHAEL MOHR,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.850 Appeal from the Circuit Court for St. Johns County.
R. Lee Smith, Judge.

W. Charles Fletcher, of Law Office of W. Charles Fletcher, Jacksonville, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Richard A. Pallas, Jr., Assistant Attorney General, Daytona Beach, for Appellee.


May 28, 2024


PER CURIAM.

AFFIRMED.


SOUD, MacIVER, and PRATT, JJ., concur.

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*